# Exhibit AA

# Claeson Deposition Transcript



# Transcript of Brianna Claeson

**Date:** May 5, 2022
**Case:** Elsharkawy, at al. -v- Chisago Lakes School District Board of Education, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

| | | |
|---|---|---|
| 1 | Chisago Lakes.  You know, I would see the | 11:13:01 |
| 2 | therapists in the hallways but it wasn't -- we | 11:13:06 |
| 3 | generally didn't have them involved in staff | 11:13:06 |
| 4 | meetings or anything like that. | 11:13:10 |
| 5 | Q.   Okay.  So you're not aware of any, let's | 11:13:11 |
| 6 | say even if it was, you know, financial in terms of | 11:13:14 |
| 7 | grants or any type of relationship between the two | 11:13:20 |
| 8 | entities besides housing them and giving them space | 11:13:24 |
| 9 | inside the school to have these therapy sessions, | 11:13:32 |
| 10 | right? | 11:13:37 |
| 11 | A.   I am not aware. | 11:13:37 |
| 12 | Q.   Okay. Okay. All right.  What are the | 11:13:38 |
| 13 | extent of communications, if any, that you would | 11:13:43 |
| 14 | have as a case manager with TSA? | 11:13:47 |
| 15 | A.   If something came up in the session and | 11:13:50 |
| 16 | the student had said, yes, you could share this | 11:13:55 |
| 17 | with my case manager, then the therapist would come | 11:13:59 |
| 18 | to me and share that.  But typically we did not | 11:14:02 |
| 19 | have a lot of interaction with them, especially | 11:14:07 |
| 20 | regarding the sessions that the student would have. | 11:14:12 |
| 21 | I would know when a student was being pulled just | 11:14:14 |
| 22 | because a pass would come for them but that was as | 11:14:19 |
| 23 | much as I knew. | 11:14:21 |
| 24 | Q.   Okay.  So if a student is consenting to | 11:14:21 |
| 25 | share information is that something that's | 11:14:25 |

| | | |
|---|---|---|
| 1 | A. I would have to look at it. | 11:15:41 |
| 2 | Q. Okay. | 11:15:43 |
| 3 | A. I know you can note specific dates on | 11:15:45 |
| 4 | there. | 11:15:48 |
| 5 | Q. Okay. The -- the difficulties of having | 11:15:48 |
| 6 | Zoom meetings in your home, you all are witnessing. | 11:16:00 |
| 7 | Okay. For PACER I didn't ask you this | 11:16:07 |
| 8 | question. Do they ever put together reports | 11:16:15 |
| 9 | regarding whatever issue they want to advocate for | 11:16:19 |
| 10 | on behalf of the parent to you as a case manager? | 11:16:26 |
| 11 | A. I have never received any reports, no. | 11:16:30 |
| 12 | Q. Okay. Is it common, I would imagine as | 11:16:34 |
| 13 | parent rights advocates that they would reach out | 11:16:40 |
| 14 | to you if there are concerns that a parent has that | 11:16:46 |
| 15 | they want to relay to you and kind of talk through | 11:16:50 |
| 16 | those concerns and try to resolve them, is that | 11:16:55 |
| 17 | fair? | 11:16:59 |
| 18 | A. Often they would come to an actual | 11:16:59 |
| 19 | in-person meeting, but they provide the parent with | 11:17:04 |
| 20 | ways to reach out. It's not necessarily always | 11:17:08 |
| 21 | them doing it. | 11:17:12 |
| 22 | Q. Okay. Okay. So it's more of, as far as | 11:17:13 |
| 23 | you understand it, it's more of them coaching the | 11:17:16 |
| 24 | parents, telling them what their rights are and how | 11:17:20 |
| 25 | to approach and what to ask for essentially? | 11:17:25 |

1   should have extra time on assignments, then we                11:23:57
2   would talk about that as a team and if it needed to           11:24:03
3   be added we would agree that this student could               11:24:03
4   benefit from extra time, we would add it like as an           11:24:03
5   accommodation to the IEP.                                     11:24:04
6       Q.   Okay.  So are all of the medical                     11:24:07
7   recommendations discussed and decided by the team             11:24:11
8   as to whether they should be included in an IEP or            11:24:16
9   not?                                                          11:24:20
10      A.   Yes.                                                 11:24:20
11      Q.   Are there some medical recommendations               11:24:21
12  that would just be added to an IEP as -- I mean I             11:24:24
13  guess what I'm trying to ask for is, is there a               11:24:31
14  distinction on different types of medical                     11:24:34
15  recommendations?  If a doctor is making a                     11:24:38
16  recommendation that there should be some sort of              11:24:42
17  accommodation, are there some recommendations that            11:24:46
18  would be considered required by you as  a case                11:24:51
19  manager to include because a doctor has given this            11:24:53
20  recommendation, and others that could be discussed            11:24:57
21  and a decision could be made?                                 11:25:04
22           MR. WALDSPURGER:  Objection, calls for a             11:25:04
23  legal conclusion.  You can answer based upon your             11:25:05
24  knowledge and experience.                                     11:25:05
25      Q.   Based upon your knowledge and experience             11:25:05

1   A. Yes.  11:35:49
2   Q. I probably know your answer but I'm going  11:35:50
3   to ask you anyway. As a part of this case did  11:35:57
4   you -- did you provide all the contents of the  11:36:06
5   physical file to Mick?  11:36:14
6   A. Yes.  11:36:17
7   Q. Okay. And did you provide any digital  11:36:17
8   files, all the digital files related to Jacob to  11:36:25
9   Mick as well that you have?  11:36:30
10  A. Yes, I did.  11:36:32
11  Q. Okay. So you said you would first look at  11:36:34
12  the record that's being given to you by the prior  11:36:39
13  school, the IEP record, the evaluation, then you  11:36:43
14  would have an IEP meeting where I would imagine you  11:36:48
15  would have chosen the IEP members at that point,  11:36:54
16  had a meeting and within two weeks roll out an IEP,  11:36:59
17  right?  11:37:04
18  A. Yes.  11:37:04
19  Q. Okay. And as part of the information that  11:37:05
20  you're gathering, that IEP record that we were  11:37:08
21  talking about, that record would obviously include  11:37:12
22  any IEPs that were in place, right?  11:37:18
23  A. Yes, typically when a student moves in we  11:37:21
24  only get the most recent one. It depends on what  11:37:28
25  each school sends. So we are required to get at  11:37:34

Faith do you remember, besides these two incidents, any other conversation, whether in writing or orally with Faith about concerns of bullying?

A. She would bring it up I would say at almost every IEP meeting that we had, it was brought up. I don't remember the specifics that she would say, but I felt like it was a standing thing on our agenda each time.

Q. Okay. What do you remember discussing about bullying, even if it's just collectively? I understand that it's a standing agenda item, but if there's any memory you have about the conversations and how they've maybe changed through time, anything that you remember about that?

A. I recall Faith would bring it you up and say that, you know, Jacob didn't want to report it. Jacob wasn't comfortable reporting it or for some reason had chose not to.

Q. Okay. Do you recall why she said he didn't want to report bullying?

A. She had mentioned once that this was the year that I was his case manager, that this was the first year that he really had friends at school and that was really important to him. He didn't want to lose those friends by -- by reporting things.

1  discussing the behaviors that we were seeing.           02:50:39
2       Q.   Okay.  So how -- how do you recall            02:50:42
3  discipline was brought up in the context of the         02:50:46
4  functional behavioral assessment?                       02:50:50
5       A.   With functional behavior assessments we       02:50:54
6  look at the reason why behaviors, certain behaviors     02:50:58
7  are occurring, and more often than not one of the       02:51:02
8  reasons is discipline, or redirection, or an            02:51:06
9  argument with a teacher.                                02:51:09
10           So more often than not those cause the        02:51:11
11 behavior problems, so some sort of reminder or          02:51:16
12 discipline causes that issue.                           02:51:21
13      Q.   Okay.  And so discipline in particular,       02:51:23
14 what kind of behaviors does it cause that you're        02:51:28
15 referring to that was discussed during this             02:51:32
16 meeting?                                                02:51:38
17      A.   I would say --                                02:51:38
18           MR. WALDSPURGER:  If you recall.  I don't     02:51:42
19 want you to guess because you were saying, I would      02:51:48
20 say.                                                    02:51:48
21      A.   Right.  Can you -- can you rephrase the       02:51:48
22 question?  Can you repeat that for me?                  02:51:50
23      Q.   Right, okay.  So within the context of the    02:51:50
24 functional behavioral assessment conversation you       02:51:53
25 brought up discipline having been discussed, and        02:51:56

| | | |
|---|---|---|
| 1 | just a minute ago you said that discipline causes | 02:51:59 |
| 2 | certain behaviors, right. | 02:52:03 |
| 3 | What were those behaviors?  And we're | 02:52:07 |
| 4 | talking still specifically about this conversation | 02:52:10 |
| 5 | with Jacob. | 02:52:14 |
| 6 | A.   And I would have to look at the agenda | 02:52:15 |
| 7 | that we had on that, on that meeting.  You know, it | 02:52:19 |
| 8 | was a long time ago so there's a lot of documents | 02:52:22 |
| 9 | that seeing that could refresh my memory, but -- | 02:52:27 |
| 10 | Q.   Okay. | 02:52:32 |
| 11 | A.   There were a lot of meetings. | 02:52:32 |
| 12 | Q.   Okay, that's fair.  So I want to just ask | 02:52:34 |
| 13 | you as his case manager and with the information | 02:52:36 |
| 14 | that you have about Jacob, what do you recall, | 02:52:39 |
| 15 | what's your understanding about what his behavioral | 02:52:44 |
| 16 | response was when he was disciplined? | 02:52:47 |
| 17 | A.   Honestly it depended on the teacher, the | 02:52:56 |
| 18 | setting.  Within my specific class that I had Jacob | 02:53:01 |
| 19 | in, I didn't really run into these issues.  I | 02:53:07 |
| 20 | could -- I could give him a reminder, hey, right | 02:53:12 |
| 21 | now you're talking to your friend, I need you to be | 02:53:17 |
| 22 | working on your assignment, and I didn't run into | 02:53:22 |
| 23 | issues with that. | 02:53:26 |
| 24 | A different class where maybe he didn't | 02:53:26 |
| 25 | get along with that teacher as well, such as study | 02:53:29 |

| | |
|---|---|
| 1    skills, if that teacher redirected him sometimes it | 02:53:30 |
| 2    would result in a power struggle, so some arguing | 02:53:34 |
| 3    back and forth between the two. | 02:53:38 |
| 4           So it honestly depended, you know, it | 02:53:38 |
| 5    might be different in a small group versus a large | 02:53:43 |
| 6    group class.  It honestly depends on the setting. | 02:53:47 |
| 7       Q.   Okay.  Who is the studies skills teacher | 02:53:47 |
| 8    that you were just referring to? | 02:53:51 |
| 9       A.   That was Nancy Carlin. | 02:53:51 |
| 10      Q.   Okay.  Okay.  So sometimes so you were | 02:53:54 |
| 11   giving the example of redirection, and did I | 02:53:59 |
| 12   understand that the behavioral responses in your | 02:54:06 |
| 13   experience is that it worked with Jacob? | 02:54:09 |
| 14      A.   Within my classes, yes, I didn't have an | 02:54:12 |
| 15   issue after then usually. | 02:54:15 |
| 16      Q.   Okay.  What about the, I know you were | 02:54:20 |
| 17   just talking about Carlin, but I want to ask you | 02:54:24 |
| 18   just redirection in terms of what you know his | 02:54:30 |
| 19   behavioral response was with other teachers or | 02:54:37 |
| 20   staff members? | 02:54:43 |
| 21      A.   I guess that it would honestly depend on | 02:54:46 |
| 22   the situation.  I know there was a lot of push back | 02:54:51 |
| 23   with paraprofessionals in general, but typically | 02:54:54 |
| 24   when teachers would redirect it wasn't as much of | 02:54:59 |
| 25   an argument. | 02:55:05 |

1  in special education for?  Math and language arts                03:23:58
2  for sure.  And I just need to look because I know                03:24:01
3  we had, we had a math lab at one point, which was                03:24:05
4  discontinued.  So I just want to see if Jacob was                03:24:09
5  actually in that math lab based on his service                   03:24:14
6  minutes here.                                                    03:24:18
7     Q.   Once you find out if you can point out the    03:24:19
8  page, that would be helpful.                                     03:24:23
9     A.   Yes, page 303.  So this would have been at    03:24:25
10 the beginning of that school year and so he was in               03:24:30
11 reading instruction daily, writing instruction.                  03:24:37
12 And so when I say he was in my language class, that              03:24:42
13 would have been considered the writing instruction               03:24:45
14 side of this.  Reading was a separate class that                 03:24:50
15 would have been the class with Mrs. Howard.  And                 03:24:54
16 then he, so he was in a math lab, so he had math                 03:24:59
17 every single day and then every other day he had                 03:25:03
18 another class of special education math where they               03:25:07
19 used intervention programs to build or close the                 03:25:09
20 skill gaps.                                                      03:25:12
21    Q.   Okay.                                         03:25:13
22    A.   And then he had social skills and study       03:25:13
23 skills.                                                          03:25:17
24    Q.   So he, looking at this page 303, they're     03:25:17
25 all special education, all of his classes that                   03:25:23

1   to staff or teachers adhering to Jacob's IEP?                  04:06:56
2           MR. WALDSPURGER:  I don't understand that              04:07:04
3   question, counsel.  Are you asking if the IEP                  04:07:06
4   reflects staff not?  I don't understand.  I'm                  04:07:12
5   confused.                                                       04:07:13
6       Q.   Okay.  Yes.  So let me ask it as a                     04:07:13
7   different way.  Are you aware of any IEP documents              04:07:19
8   that include services, or accommodations, or steps              04:07:23
9   taken, or anything to address a concern of staff                04:07:35
10  and teachers not following Jacob's IEP?                         04:07:40
11      A.   It would -- it would never be something                04:07:48
12  that's within IEP paperwork, but there are supports             04:07:51
13  available that are documented in the IEP that are               04:08:00
14  general education teachers or teachers that worked              04:08:02
15  with Jacob would get saying that I will assist them             04:08:05
16  in modifying if they need help with it, if it's                 04:08:12
17  something that they don't feel that they are able               04:08:12
18  to do on their own, that I would assist them with               04:08:12
19  that.                                                            04:08:13
20          But they are provided with these                        04:08:14
21  modifications, are able to ask questions on them at             04:08:17
22  any time, and then also just having that meeting at             04:08:21
23  the beginning of the year where I discuss these                 04:08:24
24  things and give them the opportunity to ask for                 04:08:24
25  clarification if they needed it.                                 04:08:29

| | |
|---|---|
| 1    Q.   It was a live document, okay.  And so were | 04:17:12 |
| 2  you taking the averages from the Google document | 04:17:15 |
| 3  and you're the one that was inputting into the | 04:17:18 |
| 4  system that was creating this chart? | 04:17:22 |
| 5    A.   Yes. | 04:17:25 |
| 6    Q.   Okay.  Do you recall if you provided that | 04:17:25 |
| 7  Google document to -- on this case? | 04:17:34 |
| 8    A.   I do not recall.  This was a long time ago | 04:17:39 |
| 9  that I would have submitted everything. | 04:17:42 |
| 10   Q.   Do -- | 04:17:50 |
| 11        MR. WALDSPURGER: -- Google documents after | 04:17:50 |
| 12 you take the data from them? | 04:17:52 |
| 13        THE WITNESS:  No, not after, like as he | 04:17:53 |
| 14 would have gone to high school I wouldn't maintain | 04:17:55 |
| 15 it after then. | 04:18:00 |
| 16        MR. WALDSPURGER:  Did you hear that, | 04:18:02 |
| 17 counsel? | 04:18:03 |
| 18 BY MS. MASRI: | 04:18:03 |
| 19   Q.   Yeah, it's the same document that the high | 04:18:03 |
| 20 school team would take over essentially that you | 04:18:06 |
| 21 would stop inputting onto it?  Did I understand -- | 04:18:10 |
| 22   A.   They -- they would make their own complete | 04:18:10 |
| 23 new one. | 04:18:14 |
| 24        MR. WALDSPURGER:  So that's one of the | 04:18:15 |
| 25 things I hate about Google docs is when people use | 04:18:16 |