UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Faith Elsharkawy**, as herself in her individual capacity, and as Trustee for the Next-of-Kin of J.L.E., Decedent,<br><br>Plaintiff,<br><br>v.<br><br>**Chisago Lakes School District Board of Education**, et al.,<br><br>Defendants. | Case No. 20-cv-01971 (DSD/ECW)<br><br>Hon. Judge David S. Doty |

## STATEMENT OF CONFIDENTIALITY

In accordance with Local Rule 5.6(1)(A)(ii), Plaintiffs hereby designate their Memorandum in Opposition to Defendants' Motion for Sanctions along with its exhibits and declarations as confidential. The documents filed contain substantial information subject to this case's protective order, making redaction impracticable.

Respectfully submitted,

CAIR LEGAL DEFENSE FUND

BY: /s/ Lena Masri
LENA F. MASRI (VA 93291)
lmasri@cair.com
GADEIR I. ABBAS (VA 81161)*
gabbas@cair.com
JUSTIN SADOWSKY (VA 73382)
jsadowsky@cair.com
KIMBERLY NOE-LEHENBAUER (OK 34744)**
knoelehenbauer@cair.com
453 New Jersey Ave. SE
Washington, DC 20003
Phone: (202) 488-8787