UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Faith Elsharkawy, as herself in her Individual capacity, and as Trustee for the Next-of-Kin of J.L.E. Decedent,<br><br>    Plaintiff,<br><br>v.<br><br>Chisago Lakes School District Board of Education, et al.,<br><br>    Defendants. | Case No. 20-cv-01971 (DSD/DLM)<br><br>**DEFENDANTS' MOTION TO EXCLUDE TESTIMONY UNDER *DAUBERT* STANDARD** |

TO:    Plaintiff Faith Elsharkawy, by and through her attorneys, Alec Shaw, CAIR-Minnesota, 2511 East Franklin Avenue, Suite 100, Minneapolis, MN 55406 and Lena Masri, Gadeir Abbas, Justin Sadowsky, Kimberly Noe-Lehenbauer CAIR National Legal Defense Fund, 453 New Jersey Ave SE, Washington, D.C., 20003.

PLEASE TAKE NOTICE that, pursuant to Rule 702 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993), Defendants hereby move the Court for an Order excluding the testimony of Plaintiff's expert witness Michael A. Ramer in the above-referenced matter.

Said motion is based on all of the files, records and proceedings herein, including Defendants' forthcoming memorandum of law, declarations and exhibits, and supporting documents.

|  | **SQUIRES, WALDSPURGER & MACE, P.A.** |
|---|---|
| Dated: December 29, 2023 | /s/ Kristin C. Nierengarten<br>Michael J. Waldspurger (#261385)<br>Kristin C. Nierengarten (#395224)<br>333 South Seventh Street, Suite 2800<br>Minneapolis, MN 55402<br>Phone: (612) 436-4300<br>Fax: (612) 436-4340<br>Email: mick.waldspurger@raswlaw.com<br>kristin.nierengarten@raswlaw.com<br><br>**ATTORNEYS FOR DEFENDANTS** |

SWM: 256818